Cite as: 553 U. S. ____ (2008)　　　　1
Statement of STEVENS, J.

# SUPREME COURT OF THE UNITED STATES

## JUAN VELAZQUEZ *v.* ARIZONA

ON PETITION FOR WRIT OF CERTIORARI TO THE SUPREME
COURT OF ARIZONA

No. 07–8946.　Decided April 21, 2008

The petition for a writ of certiorari is denied.

Statement of JUSTICE STEVENS respecting the denial of the petition for certiorari.

While I agree with the Court's decision to deny certiorari in this case, it is appropriate to emphasize, as I have in the past, see, *e.g., Knight* v. *Florida*, 528 U. S. 990 (1999) (opinion respecting denial of certiorari); *Singleton* v. *Commissioner*, 439 U. S. 940, 942 (1978) (same), that the denial of certiorari expresses no opinion on the merits of the underlying claim.